UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN THE MATTER OF THE
COMPLAINT OF LA DOLCE VITA
LLC, AS OWNER OF THE 2018, 25'
CREST MOTOR VESSEL BEARING          Case No.: 3:22cv6289/TKW/ZCB
HULL IDENTIFICATION NUMBER
CSM01845C818, FOR EXONERATION
FROM OR LIMITATION OF LIABILITY,

    Petitioner.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Claimant's motion to dismiss the petition should be denied because the alleged untimeliness of the petition is not a jurisdictional defect and the petition plausibly alleges that it was filed within 6 months after Petitioner first received written notice of Claimant's claim. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation adopted and incorporated by reference in this Order.

2. Claimant's motion to dismiss (Doc. 4) is **DENIED**.

3. The parties shall have 21 days from the date of this Order hold a Rule

26(f) conference and file a joint report of the conference.[1] In addition to the information required by Rule 26(f)(3), the report shall include proposed deadlines for amending the pleadings and joining additional parties, proposed deadlines for disclosures under Rule 26(a)(1) and (a)(2), a proposed discovery deadline, a proposed mediation deadline, and any other information the parties think is relevant for the Court to know about the case at this point.

**DONE and ORDERED** this 2nd day of December, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

---

[1] The Court is aware that Petitioner filed a motion to dismiss Claimant's claim that is not yet ripe for a ruling. However, this case was filed more than six months ago, and a scheduling order needs to be put in place sooner rather than later so the case can expeditiously move forward if the motion to dismiss is denied.